# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| ARLENE F. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:08CV375 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

# O R D E R

**THIS MATTER** is before the Court on Plaintiff's "Motion for Attorney's Fees and Costs," pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed on November 19, 2008. By Response filed the same date, Defendant advises that he will not oppose an award of $422.18, "as full settlement in satisfaction of any and all claims for attorney's fees" under the Act. **Defendant's Response, filed November 19, 2008, at 1.**

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion for Attorney's Fees Costs," pursuant to the Equal Access to Justice Act is **GRANTED**, and Plaintiff is hereby awarded $422.18, for attorney's fees and costs.

**IT IS FURTHER ORDERED** that the amount awarded represents full settlement in satisfaction of any and all claims for attorney's fees and costs, and no additional petition pursuant to 28 U.S.C. § 2412(d) may be filed.

Signed: November 20, 2008

Lacy H. Thornburg
United States District Judge